# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:12CR153 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| OMAR MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Omar Martinez (Martinez) (Filing No. 14). Ms. Hansen represents she has a conflict of interest in this matter. Ms. Hansen's motion to withdraw (Filing No. 14) is granted.

Jerry M. Hug, 1823 Harney Street, #1004, Omaha, NE 68102, (402) 346-0939, is appointed to represent Martinez for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Hansen shall forthwith provide Mr. Hug with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to Martinez's defense.

The clerk shall provide a copy of this order to Mr. Hug, and Mr. Hug shall enter his appearance in this matter forthwith.

**IT IS SO ORDERED.**

DATED this 5th day of July, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge